UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LORIE GUILLEN,

                Plaintiff,

-v.-

CHANDAN SUBARNA CORP. and CHANDAN K SENGUPTA,

                Defendants.

20 Civ. 5740 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    The Court is in receipt of Plaintiff's counsel's motion to withdraw. (Dkt. #18-19). Defendants shall file a letter responding to Plaintiff's motion on or by February 16, 2021.

    SO ORDERED.

Dated:    February 11, 2021
              New York, New York

                                          KATHERINE POLK FAILLA
                                          United States District Judge