UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORIE GUILLEN,<br><br>       Plaintiff,<br><br>    -v.-<br><br>CHANDAN SUBARNA CORP. and<br>CHANDAN K SENGUPTA,<br><br>       Defendants. | 20 Civ. 5740 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  On February 12, 2021, the Court granted Plaintiff's counsel's motion to withdraw, and ordered that, "on or by April 13, 2021, Plaintiff's new counsel shall enter an appearance, or Plaintiff shall submit a letter to the Court indicating her intention to proceed *pro se*." (Dkt. #23).  The Court specified that it "shall consider Plaintiff's failure to comply with this requirement as cause to dismiss for failure to prosecute." (*Id.*).  To date, Plaintiff has not responded to the Court's February 12, 2021 Order, nor has counsel made an appearance on Plaintiff's behalf.  Accordingly, this case is DISMISSED without prejudice.  The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

  SO ORDERED.

Dated: April 21, 2021
     New York, New York

                      KATHERINE POLK FAILLA
                      United States District Judge